UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIEL CASAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALLRED, et al.,<br><br>　　　　Defendants. | Case No. 2:12-cv-01568-MMD-VCF<br><br>ORDER |

Plaintiff, a Nevada state inmate, has filed an application (dkt. no. 1) to proceed *in forma pauperis* seeking to initiate a civil rights action.

The application is incomplete. Both a financial certificate properly executed by an appropriate institutional officer and a statement of the plaintiff's inmate trust fund account for the past six months are required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2. Plaintiff attached a copy of his inmate account statement, but he did not attach an executed financial certificate. Both are required for a properly-completed pauper application.

It does not appear from review of the allegations presented that a dismissal without prejudice would lead to a promptly filed and properly commenced new action being untimely.

IT THEREFORE IS ORDERED that the application to proceed *in forma pauperis* (dkt. no. 1) is DENIED and that this action shall be DISMISSED without prejudice to the filing of a new complaint on the required form in a new action together with either a new

1  pauper application with all required, and new, attachments or payment of the $350.00
2  filing fee.
3      The Clerk of Court shall SEND plaintiff a copy of the papers that he filed along
4  with the complaint and pauper forms and instructions for both forms.
5      The Clerk shall enter final judgment accordingly, dismissing this action without
6  prejudice.

8      DATED THIS 27th day of November 2012.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE