UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIEL CASAS,<br><br>    Plaintiff,<br><br>  v.<br><br>ALLRED, et al.,<br><br>    Defendants. | Case No. 2:12-cv-01568-MMD-VCF<br><br>ORDER |

Plaintiff, a Nevada state inmate, has filed an application (dkt. no. 1) to proceed *in forma pauperis* seeking to initiate a civil rights action.

The application is incomplete. Both a financial certificate properly executed by an appropriate institutional officer and a statement of the plaintiff's inmate trust fund account for the past six months are required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2. Plaintiff attached a copy of his inmate account statement, but he did not attach an executed financial certificate. Both are required for a properly-completed pauper application.

It does not appear from review of the allegations presented that a dismissal without prejudice would lead to a promptly filed and properly commenced new action being untimely.

IT THEREFORE IS ORDERED that the application to proceed *in forma pauperis* (dkt. no. 1) is DENIED and that this action shall be DISMISSED without prejudice to the filing of a new complaint on the required form in a new action together with either a new

pauper application with all required, and new, attachments or payment of the $350.00 filing fee.

The Clerk of Court shall SEND plaintiff a copy of the papers that he filed along with the complaint and pauper forms and instructions for both forms.

The Clerk shall enter final judgment accordingly, dismissing this action without prejudice.

DATED THIS 27th day of November 2012.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE